IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 10-cv-01770-MSK-KMT

BILL LEONARD MILLER,

       Plaintiff,

v.

CITY OF LOVELAND, COLORADO, a municipal corporation;
LUKE HECKER, individually, and in his official capacity as Police Chief;
JOHN MANAGO, individually, and in his official capacity as a police lieutenant;
GREGORY EISENTRAUT, individually, and in his official capacity;
DANIEL BONTZ, individually, and in his official capacity as a police officer;
BRYAN BARTNES, individually, and in his official capacity as a police officer;
JOHN DOE, whose true name(s) is or are unknown, individually and in his or her official capacity,

       Defendants.

## ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS USED IN EVIDENTIARY HEARINGS AND TRIALS

IT IS ORDERED that, as to any exhibits and depositions used during evidentiary hearings or trials, counsel for the parties shall retrieve the originals of such exhibits and depositions from the Court following the evidentiary hearing or trial, and shall retain same for 60 days beyond the later of the time to appeal or conclusion of any appellate proceedings. The Court will retain its copy of the exhibits for the same time period after which the documents will be destroyed.

DATED this 5th day of August, 2010.

                                          **BY THE COURT:**

                                      *[signature]*

                                      Marcia S. Krieger
                                      United States District Judge