IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 10-cv-01770-MSK-KMT

BILL LEONARD MILLER,

        Plaintiff,

v.

CITY OF LOVELAND, COLORADO, a municipal corporation;
LUKE HECKER, individually, and in his official capacity as Police Chief;
JOHN MANAGO, individually, and in his official capacity as a police lieutenant;
GREGORY EISENTRAUT, individually, and in his official capacity;
DANIEL BONTZ, individually, and in his official capacity as a police officer;
BRYAN BARTNES, individually, and in his official capacity as a police officer;
JOHN DOE, whose true name(s) is or are unknown, individually and in his or her official capacity,

        Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE AND TO CLOSE CASE

THIS MATTER is before the Court on the Stipulated Motion to Dismiss Claims Against Defendants Hecker, Manago, Eisentraut, Bontz, Barnes and Doe With Prejudice **(#34)** and the Stipulated Motion for Dismissal of Claims Against The City of Loveland With Prejudice **(#35)**. The Court having reviewed the foregoing:

**ORDERS** that the motions are **GRANTED** and all claims asserted in the above-captioned matter are dismissed with prejudice prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action. The Clerk shall close this case.

DATED this 15th day of March, 2011.

BY THE COURT:

_Marcia S. Krieger_

Marcia S. Krieger
United States District Judge